

BLANK ROME LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

09 CV 7371



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE STEAMSHIP MUTUAL
UNDERWRITING ASSOCIATION
(BERMUDA) LIMITED,

        Plaintiff,

        v.

PT PUPUK SRIWIJAYA,

        Defendant.

09 Civ.

**VERIFIED COMPLAINT**

---

Plaintiff THE STEAMSHIP MUTUAL UNDERWRITING ASSOCIATION (BERMUDA) LIMITED ("Plaintiff"), by its attorneys Blank Rome LLP, complaining of the above-named Defendant PT PUPUK SRIWIJAYA ("Defendant"), alleges upon information and belief as follows:

1.     This is a case of admiralty and maritime jurisdiction, as hereinafter more fully appears, and is an admiralty or maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. The Court has subject matter jurisdiction. The action is also brought pursuant to 9 U.S.C. § 8.

686545.00605/6710576v.1

2.    At all material times, Plaintiff was and now is a foreign company organized and existing under the laws of Bermuda.

3.    At all material times, Defendant was and now is a corporation organized and existing under the laws of Indonesia.

## THE BASIC FACTS

4.    Plaintiff entered into a contract of marine protection and indemnity insurance with Defendant for its Vessels (the "Policy").

5.    Plaintiff issued its invoices for insurance of Defendant's Vessels, attached as Exhibit 1 to the accompanying Rule B affidavit ("Aff.") as summarized in Exhibits 2 and 3 to the accompanying Rule B affidavit, for $275,990.

6.    Despite repeated request Defendant has refused to pay the sums that it owes.

7.    The Policy is subject to English law and London arbitration. Plaintiff has or shortly will demand arbitration. This action is expressly filed without prejudice to that right of arbitration.

## COUNT 1

## RULE B RELIEF

8.    Plaintiff repeats paragraphs 1 through 7 as if fully set forth herein.

9.    Plaintiff seeks issuance of process of maritime attachment so that it may obtain security for its claims including its English attorneys' fees and arbitrators' fees which are routinely awarded in London arbitration and no security for Plaintiff's claim has been posted by Defendant or anyone acting on its behalf to date.

10.     At best as can now be estimated, Plaintiff expects to recover the following amounts in the arbitration:

| | | |
|---|---|---|
| A. | On the principal claim | $191,517 |
| B. | Estimated Recoverable English Lawyers and Arbitrators' Fees & "Costs" | $ 50,000 |
| C. | Interest over the course of 3 years at prime rate average of 8% per annum: | $ 34,473 |
| | **TOTAL:** | $275,990 |

11.     Defendant cannot be found within this district within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure ("Rule B"), but is believed to have, or will have during the pendency of this action, assets in this jurisdiction consisting of cash, funds, freight, hire, and/or credits in the hands of garnishees in this District, including but not limited to electronic fund transfers and/or CHIPS credits, because Defendant conducts business internationally in U.S. Dollars, and all electronic fund transfers are processed by intermediary banks in the United States, primarily in New York.

12.     Plaintiff's belief that Defendant's property may be found in this District is based on the fact that Defendant has previously made payments to Plaintiff in U.S. dollars, as evidenced by a wire transfer made under the Charter.

13.     The named garnishee banks participate in the CHIPS system in New York to send U.S. dollar wire transfers between banks in the United States and through the world.

3

14.    Accordingly, Plaintiff believes that some assets of Defendant in U.S. dollars EFTs will be transferred through intermediary CHIPS banks, including the named garnishee banks.

**WHEREFORE**, Plaintiff prays:

A.    That process in due form of law issue against Defendant, citing it to appear and answer under oath all and singular the matters alleged in the Verified Complaint;

B.    That since Defendant cannot be found within this District pursuant to Rule B, this Court issue an Order directing the Clerk of Court to issue Process of Maritime Attachment and Garnishment pursuant to Rule B attaching all of Defendant's tangible or intangible property or any other funds held by any garnishee, which are due and owing to Defendant up to the amount of $275,990 to secure the Plaintiff's claims, and that all persons claiming any interest in the same be cited to appear and, pursuant to Rule B, answer the matters alleged in the Verified Complaint;

C.    That since it appears that the U.S. Marshal's Service lacks sufficient staff to effect service of process of Maritime Attachment and Garnishment promptly or economically, and that since appointing a person over 18 years of age and who is not a party to this action will result in substantial economies in time and expense, such a person be appointed pursuant to Fed.R.Civ.P. 4(c) to serve process of Maritime Attachment and Garnishment in this action.

D.    That this Court retain jurisdiction over this matter through the entry of a judgment or award associated with the pending claims including appeals thereof.

E.    That Plaintiff may have such other, further and different relief as may be

just and proper.

Dated: New York, NY
       August 20, 2009

                                    Respectfully submitted,
                                    BLANK ROME LLP
                                    Attorneys for Plaintiff

                            By _____
                                    Jeremy J.O. Harwood
                                    405 Lexington Avenue
                                    New York, NY 10174
                                    Tel.:  (212) 885-5000

## **VERIFICATION**

STATE OF NEW YORK     )
                             : ss.:
COUNTY OF NEW YORK   )

Jeremy J.O. Harwood, being duly sworn, deposes and says:

1.       I am a member of the bar of this Honorable Court and of the firm of Blank Rome LLP, attorneys for Plaintiff.

2.       I have read the foregoing Complaint and I believe the contents thereof are true.

3.       The reason this Verification is made by deponent and not by Plaintiff is that Plaintiff is a foreign corporation, no officer or director of which is within this jurisdiction.

4.       The sources of my information and belief are documents provided to me and statements made to me by representatives of Plaintiff.

                                                  Jeremy J.O. Harwood

Sworn to before me this
20th day of August, 2009

              Notary Public

BARBARA WALSH
Notary Public, State of New York
No. 01WA4925486
Qualified in Queens County
Commission Expires August 15, 2010

BLANK ROME LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE STEAMSHIP MUTUAL UNDERWRITING ASSOCIATION (BERMUDA) LIMITED, | 09 Civ. |
| Plaintiff, | **AFFIDAVIT UNDER SUPPLEMENTAL RULE B** |
| v. | |
| PT PUPUK SRIWIJAYA, | |
| Defendant. | |

STATE OF NEW YORK      )
                                             : ss.:
COUNTY OF NEW YORK   )

JEREMY J.O. HARWOOD, being duly sworn, deposes and says:

1.     I am a member of the Bar of this Honorable Court and a member of the firm of Blank Rome LLP, attorneys for the Plaintiff herein. I am familiar with the circumstances of the complaint and submit this affidavit in support of Plaintiff's request for the issuance of process of maritime attachment and garnishment of the property of defendant PT PUPUK SRIWIJAYA, a company organized and existing under the laws of

Indonesia, pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

2.    The defendant is not incorporated or registered to do business in this State.

3.    Under my supervision, my office did an on-line search of the New York State Secretary of State, Division of Corporations and Transportation Tickler, telephone assistance in New York City and the internet Yellow Pages.

4.    In our search, we did not find any listing or reference to defendant in this district or state.

5.    In the circumstances, I believe the defendant cannot be "found" within this district.

6.    I attach as Exhibit 1 hereto a copy of the Plaintiff's invoices for premiums owing dated February 9, 2009.

7.    I attach as Exhibit 2 and 3 hereto a copy of the Plaintiff's summaries of statements of account owing as of August 20, 2009.

Jeremy J.O. Harwood

Sworn to before me this
20th day of August, 2009

Notary Public

**BARBARA WALSH**
**Notary Public, State of New York**
**No. 01WA4925486**
**Qualified in Queens County**
**Commission Expires August 15, 2010**

# EXHIBIT 1



STEAMSHIP MUTUAL

# **I N V O I C E**

**For the account of :-**                              **Account No:**    36223                    **Note No:** BD/42800/AU
PT Pupuk Sriwijaya                                                                                Date Issued: 01-Feb-2009
c/o: Swinglehurst Ltd                                                                             Policy Year: 2005

**CERTIFICATE NO:**    BD 00091766

**Vessel:**    JOELIANTO MOELJODIHARDJO

Class 1 P&I
Std P&I ex Cargo,Crew,Collision 1/4th,F&FO inc Excess F&FO

**Mutual Premium**                              From N. 20-Feb-2005 To N. 20-Feb-2006
To release the vessel from further calls
US$ 24,619.57 x 25%

**Amount(s) due on**
01-Feb-2009   Release Calls                                                                       US$          6,154.89

**Total Mutual Premium**                                                                          **US$**       **6,154.89**
**ALL OUTSTANDING INSTALMENTS ARE NOW DUE**
**IMMEDIATELY IN ACCORDANCE WITH THE RULES**
**OF THE ASSOCIATION.**

Please arrange settlement to:
THE STEAMSHIP MUTUAL UNDERWRITING ASSOCIATION (BERMUDA) LIMITED
Authorised and regulated by the Bermuda Monetary Authority and the United Kingdom Financial Services Authority
Account Number: 8900111550, SWIFT Address: IRVTUS3N, CHIPS UID: 001, ABA: 021000018
The Bank of New York Mellon, One Wall Street, NYC, NY10286
Under advice to the Managers' London Representative:
Steamship Insurance Management Services Limited, Aquatical House, 39 Bell Lane, London, E1 7LU
Telephone:+44 20 7247 5490



# INVOICE

**For the account of :-**             **Account No:**   36319          **Note No:** BD/42897/AU
PT Pupuk Sriwijaya                                            Date Issued: 05-Feb-2009
c/o: Cooper Gay (HK) Ltd                                   Policy Year: 2006

**CERTIFICATE NO:**   BD 00015721

**Vessel:**   SULTAN MAHMUD BADARUDDIN II

Class 1 P&I
Std P&I ex Cargo,Crew,Collision 1/4th,F&FO inc Excess F&FO

**Mutual Premium**             From N. 20-Feb-2006 To N. 20-Feb-2007
vessel to be released from further call
US$ 24,005.52 x 25%

**Amount(s) due on**
05-Feb-2009   Release Calls                                   US$     6,001.38

**Total Mutual Premium**                                **US$**    **6,001.38**

**ALL OUTSTANDING INSTALMENTS ARE NOW DUE
IMMEDIATELY IN ACCORDANCE WITH THE RULES
OF THE ASSOCIATION.**

Please arrange settlement to:
THE STEAMSHIP MUTUAL UNDERWRITING ASSOCIATION (BERMUDA) LIMITED
Authorised and regulated by the Bermuda Monetary Authority and the United Kingdom Financial Services Authority
Account Number: 8900111550, SWIFT Address: IRVTUS3N, CHIPS UID: 001, ABA: 021000018
The Bank of New York Mellon, One Wall Street, NYC, NY10286
Under advice to the Managers' London Representative:
Steamship Insurance Management Services Limited, Aquatical House, 39 Bell Lane, London, E1 7LU
Telephone:+44 20 7247 5490



STEAMSHIP MUTUAL

# INVOICE

**For the account of :-**                         **Account No:**    36319                        **Note No:** BD/42899/AU
PT Pupuk Sriwijaya                                                                                 Date Issued: 05-Feb-2009
c/o: Cooper Gay (HK) Ltd                                                                           Policy Year: 2006

**CERTIFICATE NO:**    BD00015724

**Vessel:**    OTONG KOSASIH

Class 1 P&I
Std P&I ex Cargo,Crew,Collision 1/4th,F&FO inc Excess F&FO

**Mutual Premium**                          From N. 20-Feb-2006 To N. 20-Feb-2007
To release the vessel from further call
US$ 25,432.27 x 25%

**Amount(s) due on**
05-Feb-2009   Release Calls                                                                        US$          6,358.07

**Total Mutual Premium**                                                                           **US$**      **6,358.07**

**ALL OUTSTANDING INSTALMENTS ARE NOW DUE
IMMEDIATELY IN ACCORDANCE WITH THE RULES
OF THE ASSOCIATION.**

Please arrange settlement to:
THE STEAMSHIP MUTUAL UNDERWRITING ASSOCIATION (BERMUDA) LIMITED
Authorised and regulated by the Bermuda Monetary Authority and the United Kingdom Financial Services Authority
Account Number: 8900111550,'SWIFT Address: IRVTUS3N, CHIPS UID: 001, ABA: 021000018
The Bank of New York Mellon, One Wall Street, NYC, NY10286
Under advice to the Managers' London Representative:
Steamship Insurance Management Services Limited, Aquatical House, 39 Bell Lane, London, E1 7LU
Telephone:+44 20 7247 5490



STEAMSHIP MUTUAL

# I N V O I C E

**For the account of :-**
PT Pupuk Sriwijaya
c/o: Cooper Gay (HK) Ltd

**Account No:** 36319

**Note No:** BD/42901/AU
Date Issued: 05-Feb-2009
Policy Year: 2006

**CERTIFICATE NO:**    BD 00015725

**Vessel:**    IBRAHIM ZAHIER

Class 1 P&I
Std P&I ex Cargo,Crew,Collision 1/4th,F&FO inc Excess F&FO

**Mutual Premium**                    From N. 20-Feb-2006 To N. 20-Feb-2007
To release the vessel from further call
US$ 25,432.27 x 25%

**Amount(s) due on**
05-Feb-2009   Release Calls                                    US$        6,358.07

**Total Mutual Premium**                                         **US$        6,358.07**

**ALL OUTSTANDING INSTALMENTS ARE NOW DUE
IMMEDIATELY IN ACCORDANCE WITH THE RULES
OF THE ASSOCIATION.**

Please arrange settlement to:
THE STEAMSHIP MUTUAL UNDERWRITING ASSOCIATION (BERMUDA) LIMITED
Authorised and regulated by the Bermuda Monetary Authority and the United Kingdom Financial Services Authority
Account Number: 8900111550, SWIFT Address: IRVTUS3N, CHIPS UID: 001, ABA: 021000018
The Bank of New York Mellon, One Wall Street, NYC, NY10286
Under advice to the Managers' London Representative:
Steamship Insurance Management Services Limited, Aquatical House, 39 Bell Lane, London, E1 7LU
Telephone:+44 20 7247 5490



STEAMSHIP MUTUAL

# INVOICE

**For the account of :-**
PT Pupuk Sriwijaya
c/o: Cooper Gay (HK) Ltd

**Account No:**  36319

**Note No:** BD/42903/AU
Date Issued: 05-Feb-2009
Policy Year: 2006

**CERTIFICATE NO:**    BD 00015726

**Vessel:**    SOEMANTRI BRODJONEGORO

Class 1 P&I
Std P&I ex Cargo,Crew,Collision 1/4th,F&FO inc Excess F&FO

**Mutual Premium**             From N. 20-Feb-2006 To N. 20-Feb-2007
To release the vessel from further call
US$ 25,432.27 x 25%

**Amount(s) due on**
05-Feb-2009  Release Calls                                            US$        6,358.07

**Total Mutual Premium**                                             **US$**      **6,358.07**

**ALL OUTSTANDING INSTALMENTS ARE NOW DUE
IMMEDIATELY IN ACCORDANCE WITH THE RULES
OF THE ASSOCIATION.**

Please arrange settlement to:
THE STEAMSHIP MUTUAL UNDERWRITING ASSOCIATION (BERMUDA) LIMITED
Authorised and regulated by the Bermuda Monetary Authority and the United Kingdom Financial Services Authority
Account Number: 8900111550, SWIFT Address: IRVTUS3N, CHIPS UID: 001, ABA: 021000018
The Bank of New York Mellon, One Wall Street, NYC, NY10286
Under advice to the Managers' London Representative:
Steamship Insurance Management Services Limited, Aquatical House, 39 Bell Lane, London, E1 7LU
Telephone:+44 20 7247 5490



STEAMSHIP MUTUAL

# INVOICE

**For the account of :-**
PT Pupuk Sriwijaya
c/o: Cooper Gay (HK) Ltd

**Account No:**    36319

**Note No:** BD/42905/AU
Date Issued: 05-Feb-2009
Policy Year: 2006

**CERTIFICATE NO:**    BD 00015727

**Vessel:**    PUSRI INDONESIA

Class 1 P&I
Std P&I ex Cargo,Crew,Collision 1/4th,F&FO inc Excess F&FO

**Mutual Premium**                        From N. 20-Feb-2006 To N. 20-Feb-2007
To release the vessel from further call
US$ 25,432.27 x 25%

**Amount(s) due on**
05-Feb-2009   Release Calls                                                                US$          6,358.07

**Total Mutual Premium**                                                                   **US$**      **6,358.07**

**ALL OUTSTANDING INSTALMENTS ARE NOW DUE**
**IMMEDIATELY IN ACCORDANCE WITH THE RULES**
**OF THE ASSOCIATION.**

Please arrange settlement to:
THE STEAMSHIP MUTUAL UNDERWRITING ASSOCIATION (BERMUDA) LIMITED
Authorised and regulated by the Bermuda Monetary Authority and the United Kingdom Financial Services Authority
Account Number: 8900111550, SWIFT Address: IRVTUS3N, CHIPS UID: 001, ABA: 021000018
The Bank of New York Mellon, One Wall Street, NYC, NY10286
Under advice to the Managers' London Representative:
Steamship Insurance Management Services Limited, Aquatical House, 39 Bell Lane, London, E1 7LU
Telephone:+44 20 7247 5490



STEAMSHIP MUTUAL

# INVOICE

**For the account of :-**                    **Account No:**    36319                    **Note No:** BD/42907/AU
PT Pupuk Sriwijaya                                                                    Date Issued: 05-Feb-2009
c/o: Cooper Gay (HK) Ltd                                                              Policy Year: 2006

**CERTIFICATE NO:**    BD 00015728

**Vessel:**    JOELIANTO MOELJODIHARDJO

Class 1 P&I
Std P&I ex Cargo,Crew,Collision 1/4th,F&FO inc Excess F&FO

**Mutual Premium**                    From N. 20-Feb-2006 To N. 30-Apr-2006
To release the vessel from further call
7,645 gt x 3.463 x 69/365
x 25%

**Amount(s) due on**
05-Feb-2009   Release Calls                                                          US$          1,221.74

**Total Mutual Premium**                                                             **US$**      **1,221.74**

**ALL OUTSTANDING INSTALMENTS ARE NOW DUE**
**IMMEDIATELY IN ACCORDANCE WITH THE RULES**
**OF THE ASSOCIATION.**

Please arrange settlement to:
THE STEAMSHIP MUTUAL UNDERWRITING ASSOCIATION (BERMUDA) LIMITED
Authorised and regulated by the Bermuda Monetary Authority and the United Kingdom Financial Services Authority
Account Number: 8900111550, SWIFT Address: IRVTUS3N, CHIPS UID: 001, ABA: 021000018
The Bank of New York Mellon, One Wall Street, NYC, NY10286
Under advice to the Managers' London Representative:
Steamship Insurance Management Services Limited, Aquatical House, 39 Bell Lane, London, E1 7LU
Telephone:+44 20 7247 5490



STEAMSHIP MUTUAL

# INVOICE

**For the account of :-**                    **Account No:**    36319          **Note No:** BD/42909/AU
PT Pupuk Sriwijaya                                                             Date Issued: 05-Feb-2009
c/o: Cooper Gay (HK) Ltd                                                       Policy Year: 2006

**CERTIFICATE NO:**    BD 00015729

**Vessel:**    MOCHTAR PRABU MANGKUNEGARA

Class 1 P&I
Std P&I ex Cargo,Crew,Collision 1/4th,F&FO inc Excess F&FO

**Mutual Premium**                    From N. 20-Feb-2006 To N. 20-Feb-2007
To release the vessel from further call
US$ 25,979.43 x 25%

**Amount(s) due on**
05-Feb-2009   Release.Calls                                                    US$           6,494.86

**Total Mutual Premium**                                                       **US$**       **6,494.86**

**ALL OUTSTANDING INSTALMENTS ARE NOW DUE
IMMEDIATELY IN ACCORDANCE WITH THE RULES
OF THE ASSOCIATION.**

Please arrange settlement to:
THE STEAMSHIP MUTUAL UNDERWRITING ASSOCIATION (BERMUDA) LIMITED
Authorised and regulated by the Bermuda Monetary Authority and the United Kingdom Financial Services Authority
Account Number 8900111550, SWIFT Address: IRVTUS3N, CHIPS UID: 001, ABA: 021000018
The Bank of New York Mellon, One Wall Street, NYC, NY10286
Under advice to the Managers' London Representative:
Steamship Insurance Management Services Limited, Aquatical House, 39 Bell Lane, London, E1 7LU
Telephone:+44 20 7247 5490



STEAMSHIP MUTUAL

# I N V O I C E

**For the account of :-**                    **Account No:**    36319            **Note No:** BD/42911/AU
PT Pupuk Sriwijaya                                                              Date Issued: 05-Feb-2009
c/o: Cooper Gay (HK) Ltd                                                        Policy Year: 2006

**CERTIFICATE NO:**    BD 00015730

**Vessel:**    ABUSAMAH

Class 1 P&I
Std P&I ex Cargo,Crew,Collision 1/4th,F&FO inc Excess F&FO

**Mutual Premium**            From N. 20-Feb-2006 To N. 20-Feb-2007
To release the vessel from further call
US$ 25,851.30 x 25%

**Amount(s) due on**
05-Feb-2009   Release Calls                                                     US$         6,462.83

**Total Mutual Premium**                                                        **US$**      **6,462.83**
**ALL OUTSTANDING INSTALMENTS ARE NOW DUE
IMMEDIATELY IN ACCORDANCE WITH THE RULES
OF THE ASSOCIATION.**

Please arrange settlement to:
THE STEAMSHIP MUTUAL UNDERWRITING ASSOCIATION (BERMUDA) LIMITED
Authorised and regulated by the Bermuda Monetary Authority and the United Kingdom Financial Services Authority
Account Number: 8900111550, SWIFT Address: IRVTUS3N, CHIPS UID: 001, ABA: 021000018
The Bank of New York Mellon, One Wall Street, NYC, NY10286
Under advice to the Managers' London Representative:
Steamship Insurance Management Services Limited, Aquatical House, 39 Bell Lane, London, E1 7LU
Telephone:+44 20 7247 5490



STEAMSHIP MUTUAL

# I N V O I C E

**For the account of :-**        **Account No:**    36319       **Note No:** BD/42913/AU
PT Pupuk Sriwijaya                                                   Date Issued: 05-Feb-2009
c/o: Cooper Gay (HK) Ltd                                       Policy Year: 2006

**CERTIFICATE NO:**    BD00016164

**Vessel:**    JOELIANTO MOELJODIHARDJO

Class 1 P&I
Std P&I ex Cargo,Crew,Collision 1/4th,F&FO inc Excess F&FO

**Mutual Premium**                     From N. 27-Jun-2006 To N. 20-Feb-2007
To release the vessel from further call
7,465 gt x 3.463 x 238/365
x 25%

**Amount(s) due on**
05-Feb-2009   Release Calls                                                 US$        4,214.12

**Total Mutual Premium**                                                **US$**       **4,214.12**

**ALL OUTSTANDING INSTALMENTS ARE NOW DUE
IMMEDIATELY IN ACCORDANCE WITH THE RULES
OF THE ASSOCIATION.**

Please arrange settlement to:
THE STEAMSHIP MUTUAL UNDERWRITING ASSOCIATION (BERMUDA) LIMITED
Authorised and regulated by the Bermuda Monetary Authority and the United Kingdom Financial Services Authority
Account Number: 8900111550, SWIFT Address: IRVTUS3N, CHIPS UID: 001, ABA: 021000018
The Bank of New York Mellon, One Wall Street, NYC, NY10286
Under advice to the Managers' London Representative:
Steamship Insurance Management Services Limited, Aquatical House, 39 Bell Lane, London, E1 7LU
Telephone:+44 20 7247 5490



STEAMSHIP MUTUAL

# INVOICE

**For the account of :-**                          **Account No:**    36319                          **Note No:** BD/42915/AU
PT Pupuk Sriwijaya                                                                                    Date Issued: 05-Feb-2009
c/o: Cooper Gay (HK) Ltd                                                                             Policy Year: 2007

**CERTIFICATE NO:**    BD00020888

**Vessel:**    JOELIANTO MOELJODIHARDJO

Class 1 P&I
Std P&I ex Cargo,Crew,Collision 1/4th,F&FO inc Excess F&FO

**Mutual Premium**                          From N. 20-Feb-2007 To N. 20-Feb-2008
To release vessel from further call
US$ 27,142.74 x 25%

**Amount(s) due on**
05-Feb-2009   Release Calls                                                                          US$            6,785.69

**Total Mutual Premium**                                                                            **US$**        **6,785.69**

**ALL OUTSTANDING INSTALMENTS ARE NOW DUE
IMMEDIATELY IN ACCORDANCE WITH THE RULES
OF THE ASSOCIATION.**

Please arrange settlement to:
THE STEAMSHIP MUTUAL UNDERWRITING ASSOCIATION (BERMUDA) LIMITED
Authorised and regulated by the Bermuda Monetary Authority and the United Kingdom Financial Services Authority
Account Number 8900111550, SWIFT Address: IRVTUS3N, CHIPS UID: 001, ABA: 021000018
The Bank of New York Mellon, One Wall Street, NYC, NY10286
Under advice to the Managers' London Representative:
Steamship Insurance Management Services Limited, Aquatical House, 39 Bell Lane, London, E1 7LU
Telephone:+44 20 7247 5490



STEAMSHIP MUTUAL

# INVOICE

**For the account of :-**                         **Account No:**    36319                  **Note No:** BD/42917/AU
PT Pupuk Sriwijaya                                                                          Date Issued: 05-Feb-2009
c/o: Cooper Gay (HK) Ltd                                                                    Policy Year: 2007

**CERTIFICATE NO:**    BD 00020889

**Vessel:**    SULTAN MAHMUD BADARUDDIN II

Class 1 P&I
Std P&I ex Cargo,Crew,Collision 1/4th,F&FO inc Excess F&FO

**Mutual Premium**                  From N. 20-Feb-2007 To N. 20-Feb-2008
To release the vessel from further call
US$ 25,204.75 x 25%

**Amount(s) due on**
05-Feb-2009   Release Calls                                                       US$           6,301.19

**Total Mutual Premium**                                                          **US$**       **6,301.19**

**ALL OUTSTANDING INSTALMENTS ARE NOW DUE
IMMEDIATELY IN ACCORDANCE WITH THE RULES
OF THE ASSOCIATION.**

Please arrange settlement to:
THE STEAMSHIP MUTUAL UNDERWRITING ASSOCIATION (BERMUDA) LIMITED
Authorised and regulated by the Bermuda Monetary Authority and the United Kingdom Financial Services Authority
Account Number: 8900111550, SWIFT Address: IRVTUS3N, CHIPS UID: 001, ABA: 021000018
The Bank of New York Mellon, One Wall Street, NYC, NY10286
Under advice to the Managers' London Representative:
Steamship Insurance Management Services Limited, Aquatical House, 39 Bell Lane, London, E1 7LU
Telephone:+44 20 7247 5490



STEAMSHIP MUTUAL

# INVOICE

**For the account of :-**           **Account No:**   36319         **Note No:** BD/42919/AU
PT Pupuk Sriwijaya                                        Date Issued: 05-Feb-2009
c/o: Cooper Gay (HK) Ltd                                 Policy Year: 2007

**CERTIFICATE NO:**    BD 00020890

**Vessel:**    OTONG KOSASIH

Class 1 P&I
Std P&I ex Cargo,Crew,Collision 1/4th,F&FO inc Excess F&FO

**Mutual Premium**               From N. 20-Feb-2007 To N. 20-Feb-2008
To release vessel from further call
US$ 26,702.78 x 25%

**Amount(s) due on**
05-Feb-2009   Release Calls                              US$      6,675.70

**Total Mutual Premium**                                   **US$**     **6,675.70**

**ALL OUTSTANDING INSTALMENTS ARE NOW DUE
IMMEDIATELY IN ACCORDANCE WITH THE RULES
OF THE ASSOCIATION.**

Please arrange settlement to:
THE STEAMSHIP MUTUAL UNDERWRITING ASSOCIATION (BERMUDA) LIMITED
Authorised and regulated by the Bermuda Monetary Authority and the United Kingdom Financial Services Authority
Account Number: 8900111550, SWIFT Address: IRVTUS3N, CHIPS UID: 001, ABA: 021000018
The Bank of New York Mellon, One Wall Street, NYC, NY10286
Under advice to the Managers' London Representative:
Steamship Insurance Management Services Limited, Aquatical House, 39 Bell Lane, London, E1 7LU
Telephone:+44 20 7247 5490



STEAMSHIP MUTUAL

# INVOICE

| **For the account of :-** | **Account No:** | 36319 | **Note No:** BD/42921/AU |
| PT Pupuk Sriwijaya | | | Date Issued: 05-Feb-2009 |
| c/o: Cooper Gay (HK) Ltd | | | Policy Year: 2007 |

**CERTIFICATE NO:**    BD 00020891

**Vessel:**    IBRAHIM ZAHIER

Class 1 P&I
Std P&I ex Cargo,Crew,Collision 1/4th,F&FO inc Excess F&FO

**Mutual Premium**                    From N. 20-Feb-2007 To N. 20-Feb-2008
To release vessel from further call
US$ 26,702.78 x 25%

**Amount(s) due on**
05-Feb-2009  Release Calls                                            US$          6,675.70

**Total Mutual Premium**                                             **US$**      **6,675.70**

**ALL OUTSTANDING INSTALMENTS ARE NOW DUE**
**IMMEDIATELY IN ACCORDANCE WITH THE RULES**
**OF THE ASSOCIATION.**

Please arrange settlement to:
THE STEAMSHIP MUTUAL UNDERWRITING ASSOCIATION (BERMUDA) LIMITED
Authorised and regulated by the Bermuda Monetary Authority and the United Kingdom Financial Services Authority
Account Number: 8900111550, SWIFT Address: IRVTUS3N, CHIPS UID: 001, ABA: 021000018
The Bank of New York Mellon, One Wall Street, NYC, NY10286
Under advice to the Managers' London Representative:
Steamship Insurance Management Services Limited, Aquatical House, 39 Bell Lane, London, E1 7LU
Telephone:+44 20 7247 5490



STEAMSHIP MUTUAL

# I N V O I C E

| | | |
|---|---|---|
| **For the account of :-** | **Account No:** 36319 | **Note No:** BD/42923/AU |
| PT Pupuk Sriwijaya | | Date Issued: 05-Feb-2009 |
| c/o: Cooper Gay (HK) Ltd | | Policy Year: 2007 |

**CERTIFICATE NO:**    BD 00020892

**Vessel:**    SOEMANTRI BRODJONEGORO

Class 1 P&I
Std P&I ex Cargo,Crew,Collision 1/4th,F&FO inc Excess F&FO

**Mutual Premium**              From N. 20-Feb-2007 To N. 20-Feb-2008
To release vessel from further call
US$ 26,702.78 x 25%

**Amount(s) due on**
05-Feb-2009   Release Calls                                              US$          6,675.70

**Total Mutual Premium**                                                **US$**      **6,675.70**
**ALL OUTSTANDING INSTALMENTS ARE NOW DUE
IMMEDIATELY IN ACCORDANCE WITH THE RULES
OF THE ASSOCIATION.**

Please arrange settlement to:
THE STEAMSHIP MUTUAL UNDERWRITING ASSOCIATION (BERMUDA) LIMITED
Authorised and regulated by the Bermuda Monetary Authority and the United Kingdom Financial Services Authority
Account Number: 8900111550, SWIFT Address: IRVTUS3N, CHIPS UID: 001, ABA: 021000018
The Bank of New York Mellon, One Wall Street, NYC, NY10286
Under advice to the Managers' London Representative:
Steamship Insurance Management Services Limited, Aquatical House, 39 Bell Lane, London, E1 7LU
Telephone:+44 20 7247 5490



STEAMSHIP MUTUAL

# INVOICE

| | | | |
|---|---|---|---|
| **For the account of :-** | **Account No:** | 36319 | **Note No:** BD/42925/AU |
| PT Pupuk Sriwijaya | | | Date Issued: 05-Feb-2009 |
| c/o: Cooper Gay (HK) Ltd | | | Policy Year: 2007 |

**CERTIFICATE NO:**   BD 00020893

**Vessel:**   PUSRI INDONESIA

Class 1 P&I
Std P&I ex Cargo,Crew,Collision 1/4th,F&FO inc Excess F&FO

**Mutual Premium**                     From N. 20-Feb-2007 To N. 20-Feb-2008
To release vessel from further call
US$ 26,702.78 x 25%

**Amount(s) due on**
05-Feb-2009   Release Calls                                              US$         6,675.70

**Total Mutual Premium**                                            <u>**US$**</u>        <u>**6,675.70**</u>

**ALL OUTSTANDING INSTALMENTS ARE NOW DUE
IMMEDIATELY IN ACCORDANCE WITH THE RULES
OF THE ASSOCIATION.**

Please arrange settlement to:
THE STEAMSHIP MUTUAL UNDERWRITING ASSOCIATION (BERMUDA) LIMITED
Authorised and regulated by the Bermuda Monetary Authority and the United Kingdom Financial Services Authority
Account Number: 8900111550, SWIFT Address: IRVTUS3N, CHIPS UID: 001, ABA: 021000018
The Bank of New York Mellon, One Wall Street, NYC, NY10286
Under advice to the Managers' London Representative:
Steamship Insurance Management Services Limited, Aquatical House, 39 Bell Lane, London, E1 7LU
Telephone:+44 20 7247 5490



STEAMSHIP MUTUAL

# **I N V O I C E**

| | | | |
|---|---|---|---|
| **For the account of :-** | **Account No:** 36319 | **Note No:** BD/42927/AU | |
| PT Pupuk Sriwijaya | | Date Issued: 05-Feb-2009 | |
| c/o: Cooper Gay (HK) Ltd | | Policy Year: 2007 | |

**CERTIFICATE NO:**    BD 00020894

**Vessel:**    MOCHTAR PRABU MANGKUNEGARA

Class 1 P&I
Std P&I ex Cargo,Crew,Collision 1/4th,F&FO inc Excess F&FO

**Mutual Premium**                                 From N. 20-Feb-2007 To N. 20-Feb-2008
to release vessel from further call
US$ 27,277.27 x 25%

**Amount(s) due on**

| | | |
|---|---|---|
| 05-Feb-2009   Release Calls | US$ | 6,819.32 |
| **Total Mutual Premium** | **US$** | **6,819.32** |

**ALL OUTSTANDING INSTALMENTS ARE NOW DUE
IMMEDIATELY IN ACCORDANCE WITH THE RULES
OF THE ASSOCIATION.**

Please arrange settlement to:
THE STEAMSHIP MUTUAL UNDERWRITING ASSOCIATION (BERMUDA) LIMITED
Authorised and regulated by the Bermuda Monetary Authority and the United Kingdom Financial Services Authority
Account Number: 8900111550, SWIFT Address: IRVTUS3N, CHIPS UID: 001, ABA: 021000018
The Bank of New York Mellon, One Wall Street, NYC, NY10286
Under advice to the Managers' London Representative:
Steamship Insurance Management Services Limited, Aquatical House, 39 Bell Lane, London, E1 7LU
Telephone:+44 20 7247 5490



STEAMSHIP MUTUAL

# INVOICE

**For the account of :-**  
PT Pupuk Sriwijaya  
c/o: Cooper Gay (HK) Ltd

**Account No:**    36319

**Note No:** BD/42898/AU  
Date Issued: 05-Feb-2009  
Policy Year: 2006

**CERTIFICATE NO:**    BD00015721

**Vessel:**    SULTAN MAHMUD BADARUDDIN II

Class 1 P&I  
Std P&I ex Cargo,Crew,Collision 1/4th,F&FO inc Excess F&FO

**Mutual Premium**    From N. 20-Feb-2006 To N. 20-Feb-2007  
US$ 24,005.52 x 12.5% additional call

| | | |
|---|---|---|
| **Amount(s) due on** | | |
| 20-May-2009  Single Payment | US$ | 3,000.69 |
| **Total Mutual Premium** | **US$** | **3,000.69** |

Please arrange settlement to:  
THE STEAMSHIP MUTUAL UNDERWRITING ASSOCIATION (BERMUDA) LIMITED  
Authorised and regulated by the Bermuda Monetary Authority and the United Kingdom Financial Services Authority  
Account Number: 8900111550, SWIFT Address: IRVTUS3N, CHIPS UID: 001, ABA: 021000018  
The Bank of New York Mellon, One Wall Street, NYC, NY10286  
Under advice to the Managers' London Representative:  
Steamship Insurance Management Services Limited, Aquatical House, 39 Bell Lane, London, E1 7LU  
Telephone:+44 20 7247 5490



STEAMSHIP MUTUAL

# I N V O I C E

**For the account of :-**                      **Account No:**    36319              **Note No:** BD/42912/AU
PT Pupuk Sriwijaya                                                                      Date Issued: 05-Feb-2009
c/o: Cooper Gay (HK) Ltd                                                                Policy Year: 2006

**CERTIFICATE NO:**    BD 00015730

**Vessel:**    ABUSAMAH

Class 1 P&I
Std P&I ex Cargo,Crew,Collision 1/4th,F&FO inc Excess F&FO

**Mutual Premium**                      From N. 20-Feb-2006 To N. 20-Feb-2007
Additional Call
US$ 25,851.30 x 12.5%

**Amount(s) due on**
20-May-2009  Single Payment                                                             US$         3,231.41

**Total Mutual Premium**                                                                **US$**      **3,231.41**

Please arrange settlement to:
THE STEAMSHIP MUTUAL UNDERWRITING ASSOCIATION (BERMUDA) LIMITED
Authorised and regulated by the Bermuda Monetary Authority and the United Kingdom Financial Services Authority
Account Number 8900111550, SWIFT Address: IRVTUS3N, CHIPS UID: 001, ABA: 021000018
The Bank of New York Mellon, One Wall Street, NYC, NY10286
Under advice to the Managers' London Representative:
Steamship Insurance Management Services Limited, Aquatical House, 39 Bell Lane, London, E1 7LU
Telephone:+44 20 7247 5490

# EXHIBIT 2



# STEAMSHIP MUTUAL

## STATEMENT

PT PUPUK SRIWIJAYA
c/o COOPER GAY (HK) LTD
3509 THE CENTER, 99 QUEEN'S ROAD CENTRAL
HONG KONG
HONG KONG
INDONESIA

Syndicate Accountant: D.O'LEARY
Tel: +44 (20) 7650 6487
Fax: +44 (20) 7426 8458
Email: david.o'leary@simsl.com

Statement Date:      20 AUG 2009                           Account Number: 36319                    Page 1 of 2

| Date | Reference | Item Description | Vessel | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| 05/02/09 | 2006042897-01 | P and I RELEASE CALL | SULTAN MAHMUD BADARUDDIN I | 6,001.38 | | 6,001.38 |
| 05/02/09 | 2006042899-01 | P and I RELEASE CALL | OTONG KOSASIH | 6,358.07 | | 12,359.45 |
| 05/02/09 | 2006042901-01 | P and I RELEASE CALL | IBRAHIM ZAHIER | 6,358.07 | | 18,717.52 |
| 05/02/09 | 2006042903-01 | P and I RELEASE CALL | SOEMANTRI BRODJONEGORO | 6,358.07 | | 25,075.59 |
| 05/02/09 | 2006042905-01 | P and I RELEASE CALL | PUSRI INDONESIA | 6,358.07 | | 31,433.66 |
| 05/02/09 | 2006042907-01 | P and I RELEASE CALL | JOELIANTO MOELJODIHARDJO | 1,221.74 | | 32,655.40 |
| 05/02/09 | 2006042909-01 | P and I RELEASE CALL | MOCHTAR PRABU MANGKUNEGAF | 6,494.86 | | 39,150.26 |
| 05/02/09 | 2006042911-01 | P and I RELEASE CALL | ABUSAMAH | 6,462.83 | | 45,613.09 |
| 05/02/09 | 2006042913-01 | P and I RELEASE CALL | JOELIANTO MOELJODIHARDJO | 4,214.12 | | 49,827.21 |
| 05/02/09 | 2007042915-01 | P and I RELEASE CALL | JOELIANTO MOELJODIHARDJO | 6,785.69 | | 56,612.90 |
| 05/02/09 | 2007042917-01 | P and I RELEASE CALL | SULTAN MAHMUD BADARUDDIN I | 6,301.19 | | 62,914.09 |
| 05/02/09 | 2007042919-01 | P and I RELEASE CALL | OTONG KOSASIH | 6,675.70 | | 69,589.79 |
| 05/02/09 | 2007042921-01 | P and I RELEASE CALL | IBRAHIM ZAHIER | 6,675.70 | | 76,265.49 |
| 05/02/09 | 2007042923-01 | P and I RELEASE CALL | SOEMANTRI BRODJONEGORO | 6,675.70 | | 82,941.19 |
| 05/02/09 | 2007042925-01 | P and I RELEASE CALL | PUSRI INDONESIA | 6,675.70 | | 89,616.89 |
| 05/02/09 | 2007042927-01 | P and I RELEASE CALL | MOCHTAR PRABU MANGKUNEGAF | 6,819.32 | | 96,436.21 |
| 05/02/09 | 2007042929-01 | P and I RELEASE CALL | ABUSAMAH | 6,785.69 | | 103,221.90 |
| 20/05/09 | 2006042898-01 | P and I ADDITIONAL PREMIUM | SULTAN MAHMUD BADARUDDIN I | 3,000.69 | | 106,222.59 |
| 20/05/09 | 2006042900-01 | P and I ADDITIONAL PREMIUM | OTONG KOSASIH | 3,179.03 | | 109,401.62 |
| 20/05/09 | 2006042902-01 | P and I ADDITIONAL PREMIUM | IBRAHIM ZAHIER | 3,179.03 | | 112,580.65 |
| 20/05/09 | 2006042904-01 | P and I ADDITIONAL PREMIUM | SOEMANTRI BRODJONEGORO | 3,179.03 | | 115,759.68 |
| 20/05/09 | 2006042906-01 | P and I ADDITIONAL PREMIUM | PUSRI INDONESIA | 3,179.03 | | 118,938.71 |
| 20/05/09 | 2006042908-01 | P and I ADDITIONAL PREMIUM | JOELIANTO MOELJODIHARDJO | 610.87 | | 119,549.58 |
| | | | Balance carried forward: | | USD | 119,549.58 |



## STEAMSHIP MUTUAL

## STATEMENT

PT PUPUK SRIWIJAYA
c/o  COOPER GAY (HK) LTD
3509 THE CENTER, 99 QUEEN'S ROAD CENTRAL
HONG KONG
HONG KONG
INDONESIA

Syndicate Accountant: D.O'LEARY
Tel: +44 (20) 7650 6487
Fax: +44 (20) 7426 8458
Email: david.o'leary@simsl.com

Statement Date:    20 AUG 2009                    Account Number: 36319                    Page 2 of 2

| Date | Reference | Item Description | Vessel | Debit | Credit | Balance |
|------|-----------|------------------|--------|-------|--------|---------|
| | | Balance brought forward | | | | 119,549.58 |
| 20/05/09 | 2006042910-01 | P and I ADDITIONAL PREMIUM | MOCHTAR PRABU MANGKUNEGAF | 3,247.43 | | 122,797.01 |
| 20/05/09 | 2006042912-01 | P and I ADDITIONAL PREMIUM | ABUSAMAH | 3,231.41 | | 126,028.42 |
| 20/05/09 | 2006042914-01 | P and I ADDITIONAL PREMIUM | JOELIANTO MOELJODIHARDJO | 2,107.06 | | 128,135.48 |
| 20/08/09 | 2007042916-01 | P and I ADDITIONAL PREMIUM | JOELIANTO MOELJODIHARDJO | 1,899.99 | | 130,035.47 |
| 20/08/09 | 2007042918-01 | P and I ADDITIONAL PREMIUM | SULTAN MAHMUD BADARUDDIN I | 1,764.34 | | 131,799.81 |
| 20/08/09 | 2007042920-01 | P and I ADDITIONAL PREMIUM | OTONG KOSASIH | 1,869.20 | | 133,669.01 |
| 20/08/09 | 2007042922-01 | P and I ADDITIONAL PREMIUM | IBRAHIM ZAHIER | 1,869.20 | | 135,538.21 |
| 20/08/09 | 2007042924-01 | P and I ADDITIONAL PREMIUM | SOEMANTRI BRODJONEGORO | 1,869.20 | | 137,407.41 |
| 20/08/09 | 2007042926-01 | P and I ADDITIONAL PREMIUM | PUSRI INDONESIA | 1,869.20 | | 139,276.61 |
| 20/08/09 | 2007042928-01 | P and I ADDITIONAL PREMIUM | MOCHTAR PRABU MANGKUNEGAF | 1,909.41 | | 141,186.02 |
| 20/08/09 | 2007042930-01 | P and I ADDITIONAL PREMIUM | ABUSAMAH | 1,899.99 | | 143,086.01 |
| | | | Balance due to/(from)Steamship Mutual: | | USD | 143,086.01 |

Please arrange settlement to :
THE STEAMSHIP MUTUAL UNDERWRITING ASSOCIATION
(BERMUDA) LIMITED

Under advice to :  D.O'LEARY

Bank Of New York Mellon, One Wall Street, New York, NY10286
Account Number: 8900111550
SWIFT Address: IRVTUS3N
CHIPS UID: 001(New York Clearing House)
ABA: 021000018(ABA Transit No)

THE STEAMSHIP MUTUAL UNDERWRITING ASSOCIATION (BERMUDA) LIMITED
Authorised and regulated by the Bermuda Monetary Authority and the United Kingdom Financial Services Authority
Managers' London Representative:

# EXHIBIT 3

# $\mathcal{SM}$

## STEAMSHIP MUTUAL

## STATEMENT

PT PUPUK SRIWIJAYA
c/o SWINGLEHURST LTD
UNITED KINGDOM

Syndicate Accountant: D.O'LEARY
Tel: +44 (20) 7650 6487
Fax: +44 (20) 7426 8458
Email: david.o'leary@simsl.com

Statement Date:        20 AUG 2009                      Account Number: 36223

| Date | Reference | Item Description | Vessel | Debit | Credit | Balance |
|------|-----------|------------------|--------|-------|--------|---------|
| 01/02/09 | 2005042800-01 | P and I RELEASE CALL | JOELIANTO MOELJODIHARDJO | 6,154.89 | | 6,154.89 |
| 01/02/09 | 2005042801-01 | P and I RELEASE CALL | MOCHTAR PRABU MANGKUNEGAR | 6,185.40 | | 12,340.29 |
| 01/02/09 | 2005042802-01 | P and I RELEASE CALL | OTONG KOSASIH | 6,055.13 | | 18,395.42 |
| 01/02/09 | 2005042803-01 | P and I RELEASE CALL | SULTAN MAHMUD BADARUDDIN I | 5,715.44 | | 24,110.86 |
| 01/02/09 | 2005042804-01 | P and I RELEASE CALL | IBRAHIM ZAHIER | 6,055.13 | | 30,165.99 |
| 01/02/09 | 2005042805-01 | P and I RELEASE CALL | ABUSAMAH | 6,154.89 | | 36,320.88 |
| 01/02/09 | 2005042806-01 | P and I RELEASE CALL | SOEMANTRI BRODJONEGORO | 6,055.13 | | 42,376.01 |
| 01/02/09 | 2005042807-01 | P and I RELEASE CALL | PUSRI INDONESIA | 6,055.13 | | 48,431.14 |
| | | | Balance due to/(from)Steamship Mutual: | | USD | 48,431.14 |

Please arrange settlement to :
THE STEAMSHIP MUTUAL UNDERWRITING ASSOCIATION
(BERMUDA) LIMITED

Under advice to :   D.O'LEARY

Bank Of New York Mellon, One Wall Street, New York, NY10286
Account Number: 8900111550
SWIFT Address: IRVTUS3N
CHIPS UID: 001(New York Clearing House)
ABA: 021000018(ABA Transit No)

THE STEAMSHIP MUTUAL UNDERWRITING ASSOCIATION (BERMUDA) LIMITED
Authorised and regulated by the Bermuda Monetary Authority and the United Kingdom Financial Services Authority
Managers' London Representative:
Steamship Insurance Management Services Limited